```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
 _____
                                )
 JOHN E. STOTE,                 )
                                )      Civil Action No.
          v.                    )      13-10267-NMG
                                )
 UMASS CORRECTIONAL HEALTH CARE,)
 et al.,                        )
          Defendants.           )
                                )
 _____ )
```

                                 **ORDER**

**GORTON, J.**

In an order dated March 30, 2015 (#39), the Court directed plaintiff John Stote to pay the $400 filing fee or seek leave to proceed in forma pauperis. The Court stated that failure to do so within forty-two days would result in dismissal of this action.

The window of time for complying with the Court's March 30, 2015 order has closed without any response from Stote.

Accordingly, this action is DISMISSED WITHOUT PREJUDICE for failure to pay the filing fee.


**So ordered.**

                                    /s/ Nathaniel M. Gorton
                                    Nathaniel M. Gorton
                                    United States District Judge
Dated: 6/10/15