```
                  UNITED STATES DISTRICT COURT
                    DISTRICT OF MASSACHUSETTS
```

|  |  |
|---|---|
| JOHN E. STOTE, | ) |
| | ) |
| v. | )   Civil Action No. |
| | )   13-10267-NMG |
| UMASS CORRECTIONAL HEALTH CARE, et al., | ) |
| Defendants. | ) |

ORDER

**GORTON, J.**

In an order dated November 24, 2015 (Docket No. 45), the Court ordered plaintiff John E. Stote to pay the $400 filing fee or file a motion for leave to proceed <u>in</u> <u>forma</u> <u>pauperis</u>. The Court warned the plaintiff that failure to comply with the directive would result in dismissal of the action.

The time for complying with the Court's order has expired without any response from the plaintiff.

Accordingly, this action is DISMISSED WITHOUT PREJUDICE for failure to pay the filing fee.

**So ordered.**

                                         /s/ Nathaniel M. Gorton
                                        Nathaniel M. Gorton
                                        United States District Judge

Dated: 1/26/16